**SEALED**

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 JUL 24 AM 11: 26
OFFICE OF THE CLERK

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>5415 North 48th Ave, Omaha, NE and all associated vehicles | Case No. 8:17MJ205 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location):*

5415 North 48th Ave, Omaha, NE. The numbers "5415" are affixed above the front entrance in large white letters. The above residence is described as a single family home, raised ranch style, light gray in color with white trim.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment A.

**YOU ARE COMMANDED** to execute this warrant on or before ___ June 25, 2017 ___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___ Susan M. Bazis ___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___

Date and time issued: 6-12-17 at 3:39pm.   *Susan M Bazis*
*Judge's signature*

City and state: Omaha, Nebraska   Susan M. Bazis, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:17MJ205 | Date and time warrant executed: 6-13-2017  6:04 Am | Copy of warrant and inventory left with: James HART |
| Inventory made in the presence of: SA Dee Loper | | |
| Inventory of the property taken and name of any person(s) seized: see attached   TW 7/12/17 | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/12/2017

_____
Executing officer's signature

SA Anthony Winkler
Printed name and title

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number: 779035-17-0009 | Case/Inspection Title: Operation Brass Catcher | Office: Omaha ATF |
|---|---|---|---|

Taken from: 5415 N 48th Ave, Omaha NE
Recipient: ATF

Location of Transfer or Seizure: Same as above
Basis for Transfer or Seizure of Items: Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| ATF item 54 / 1 | Indicia of residence |
| ATF item 55 / 2 | Court documents for James Hart Jr. |
| ATF item 56 / 3 | Suspected marijuana |
| ATF item #57 / 4 | red Notebook |
| ATF item #58 / 5 | Alcatel one touch by Tracfone Wireless Inc, with Sim card S/N TF128PSIMTSKM FCC ID# RAD542, PN: G-PALA460t |
| ATF item 6 #59 | Black & Silver cellphone, Apple Iphone Model A1453 FCC ID# BCG-E2642A IMEI 352035064957087 SIM card TF256PSIMB9N from cell phone |
| ~~#1533 6-13-17~~ | |

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: [signature] 1588 OPD    Date: 6/13/17
Transferred by: (signature, if appropriate)    Date:    Witnessed by: (signature)    Date:

ATF Form 3400.23
Revised March 2005